| UNITED STATES DISTRICT COURT | Attorney: Morrison Mahoney, LLP |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | Wall Street Plaza |
| _____X | 88 Pine Street, Suite 1900 |
| | New York, NY 10005 |
| AMERICAN TRANSIT INSURANCE COMPANY, | |
| Plaintiff(s) | Civil Action No. |
| | 1:19-cv-05171-BMC |
| v. | |
| | Date Filed: 09/11/2019 |
| YULIA BILYK, ET AL., | |
| Defendant(s). | **AFFIDAVIT OF SERVICE** |
| | **SUMMONS/COMPLAINT** |
| _____X | |

State of New York      County of Nassau     ss:

THOMAS DUNN, the undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on **DECEMBER 4, 2019 at 15:30hrs. at 235B NEW DORP LN, STATEN ISLAND, NEW YORK 10306**, last known place of business, deponent served the within **SUMMONS IN A CIVIL ACTION WITH CASE ACTION NUMBER AND DATE OF FILING ENDORSED THEREON, COMPLAINT, APPENDIX AND COMPENDIUM OF EXHIBITS** on **OLEKSIY GERASYMENKO C/O BENTO ORTHO, INC.**,

**Individual:** by delivering a true copy of each to  personally; deponent knew the person so served to be the person described

**Corporation:**  by delivering a true copy of each to  Deponent knew said corporation so served to be the Defendant's attorney.

**Suitable Person:** by delivering thereat, a true copy of each to, a person of suitable age and discretion. Deponent knew the person so served to be

**X Affixing to Door:** by LEAVING CONSPICUOUSLY a true copy of each at the threshold of the door thereof. Deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

**X Mailing:** Deponent also caused to be enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at **235B NEW DORP LN, STATEN ISLAND, NEW YORK 10306**, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on **12/5/19**

**Military Service:** I asked the person spoken to whether Defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description of person served:**

Under penalties of perjury, I declare that I have read the foregoing and the facts stated in it are true.

Sworn to before me this
5th day of DECEMBER, 2019

Jeremy E. Stephens
Notary Public, State of New York
No. 02ST5060541
Qualified in Nassau County
Commission Expires May 20, 2022

THOMAS DUNN
DCA Lic# 2036015-DCA
PEAK PROCESS SERVERS, INC.
DCA Lic# 2079779-DCA
48 Davis Avenue
Port Washington NY 11050
Tel: 516.822.7070