Exhibit "3"

Satisfaction of Judgment

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMERICAN TRANSIT INSURANCE COMPANY,

       Plaintiff,

-against-

YULIA BILYK, ET AL.,

       Defendants.

19-CV-05171 (BMC)

SATISFACTION OF JUDGMENT SOLELY AS TO RUSSELL IONIN AND ACTIVE CARE MEDICAL SUPPLY.

---

To: DOUGLAS C. PALMER, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK:

**PLEASE BE ADVISED** that the Judgment entered by Hon. Brian M. Cogan, of the United States District Court for the Eastern District of New York in case number 19-CV-5171 (BMC) dated January 27, 2021, pursuant to order dated January 21, 2021, in favor of Plaintiff and against Russell Ionin in the amount of $227,871.09, and against Active Care Medical Supply Corporation, to be held jointly and severally liable for $88,937.61 of the judgment against Russell Ionin, has been mutually adjusted between Plaintiff and Defendants Russell Ionin and Active Care Medical Supply Corporation. This satisfaction of judgment shall be your authority to cancel the record of the aforesaid Judgment solely as to Defendants Russell Ionin and Active Care Medical Supply Corporation. Nothing herein shall be construed or interpreted as affecting or discharging any other judgment Plaintiff has obtained against any other defendant in the above-captioned action.

  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
~~November~~ 7, 2021
December

                         **MORRISON MAHONEY LLP**

                         By: /s/ Lee Pinzow
                         Robert A. Stern, Esq.
                         James A. McKenney, Esq.
                         Lee Pinzow, Esq.
                         Wall Street Plaza
                         88 Pine Street, Suite 1900
                         New York, New York 10005
                         *Counsel for Plaintiff-Judgment Creditor,*
                         *American Transit Insurance Company.*